## WYATT ENERGY, INC. *v.* MOTIVA ENTERPRISES, LLC, ET AL.

The named defendant's petition for certification for appeal from the Appellate Court, 104 Conn. App. 685 (AC 25454), is denied.

ROGERS, C. J., and ZARELLA, J., did not participate in the consideration or decision of this petition.

*Sheila A. Huddleston* and *Paul D. Sanson,* in support of the petition.

*Robert A. Izard, Jr.,* and *Mark P. Kindall,* in opposition.

Decided February 26, 2008

## STATE OF CONNECTICUT *v.* ROBBIE TERELL SANTOS

The defendant's petition for certification for appeal from the Appellate Court, 104 Conn. App. 599 (AC 26700), is denied.

NORCOTT and VERTEFEUILLE, Js., did not participate in the consideration or decision of this petition.

*Richard Emanuel,* special public defender, in support of the petition.

*Timothy J. Sugrue,* senior assistant state's attorney, in opposition.

Decided February 26, 2008